RECEIVED

DEC - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Bastiste | Civil Action No. 6:16-cv-00951 |
| versus | Judge Rebecca F. Doherty |
| Nationwide Property & Cas. Insurance Co., et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand [Rec. Doc. 21] is **GRANTED** and this case is **REMANDED** to the 15th Judicial District Court, Parish of Lafayette, Louisiana.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of December, 2016.

Rebecca F. Doherty
United States District Judge